UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         )
                                               )
Timothy Yousef                                 )   Case Number: 6:16-bk-07404-CCJ
                                               )   Chapter 7
_____Debtor_____                           )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:        All Interested Parties

FROM:      Richard B Webber II, Trustee

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Real Property located at 108 Long Branch Rd, Winter Park FL 32792 (the "Property").

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within fourteen (14) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

The Property is being abandoned for the following reasons:

1. The Property is subject to a lien which is equal to or greater than its value or the Property is of nominal value to the Estate.

2. Further administration of the Property is burdensome to the Estate.

I HEREBY CERTIFY that a true copy of the foregoing Notice was furnished via Electronic Notice or First-Class United States Mail, postage prepaid, this 3rd day of January, 2017 to all persons on the current mailing matrix attached to the original of this document.

    /s/ Richard B Webber II
Richard B Webber II, Esquire
Zimmerman, Kiser & Sutcliffe
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)563-4328
Facsimile: (407)425-2747
E-mail: rschohl@zkslawfirm.com

```
Label Matrix for local noticing      Timothy Yousef                       Amur Equipment Finance Inc
113A-6                                108 Long Branch Road                 308 N Locust Suite 100
Case 6:16-bk-07404-CCJ                Winter Park, FL 32792-5703           Grand Island NE 68801-5985
Middle District of Florida
Orlando
Tue Jan  3 14:31:40 EST 2017

Axis Capital                          Bank of America                      Bank of America
P.O. Box 2555                         Attn: Tracy Berkman                  P.O. Box 851001
Grand Island, NE 68802-2555           44 W. Flager St., 25th Flr.          Dallas, TX 75285-1001
                                      Miami, FL 33130-1808


Barclays Bank Delaware                Bobby Bharwani                       CACH, LLC
Po Box 8801                           388 Carlaw Avenue, Suite 200         c/o Fresh View Solutions
Wilmington, DE 19899-8801             Toronto, Ontario                     PO Box 172285
                                      M4M 2T4                              Denver, CO 80217-2285


Can Capital-CIP                       Can Capital-IMP                      CanCapital
2015 Vaughn Rd. Bldg, 500             2015 Vaughn Rd. Bldg, 500            c/o Mateer Harbert
Kennesaw, GA 30144-7831               Kennesaw, GA 30144-7831              Attn: Kurt E. Thalwitzer
                                                                           PO Box 2854
                                                                           Orlando, FL 32802-2854


Case Paper                            Centerstate                          Centerstate Bank Of Fl
65 Livingston Avenue                  P.o. Box 790408                      1101 1st St S
Roseland, NJ 07068-1725               St. Louis, MO 63179-0408             Winter Haven, FL 33880-3900


Chase                                 Dex Imaging                          Discover
P.O. Box 9001022                      5109 West Lemon St                   P.O. Box 71084
Louisville, KY 40290-1022             Tampa, FL 33609-1105                 Charlotte, NC 28272-1084


Discover Bank                         Discover Card BUSINESS               Elavon
Discover Products Inc                 P.O. Box 71084                       7300 Chapman Hwy
PO Box 3025                           Charlotte, NC 28272-1084             Knoxville, TN 37920-6612
New Albany, OH  43054-3025


FedEx                                 Fla. Business Develop. Corp.         Florida Department of Revenue
P.O. Box 660481                       US Small Business Admin.             Bankruptcy Unit
Dallas, TX 75266-0481                 6801 Lake Worth Road, #209           Post Office Box 6668
                                      Lake Worth, FL 33467-2966            Tallahassee FL 32314-6668


Florida Dept of Revenue               Frontier Airlines Mastercard         Fujifilm North America Corp
5050 W. Tennessee St.                 P.O. Box 13337                       c/o Hodges, Avrutis & Foelle
Tallahassee, FL 32399-0100            Philadelphia, PA 19101-3337          2033 Wood Street, #200
                                                                           Sarasota, FL 34237-7927


G.E. Richards                         Internal Revenue Service             International Financial Serv
c/o Joseph & Marees                   Post Office Box 7346                 1113 S. Milwaukee Ave #301
4035 Atlantic Blvd.                   Philadelphia PA 19101-7346           Libertyville, IL 60048-3777
Jacksonville, FL 32207-2036
```

```
JP Morgan Chase                 Kennedy Commerce Center         Kenica
Attn: Diana Baird               301 S. New York Avenue, #201    Attn: Brian Murtha
PO Box 29550                    Winter Park, FL 32789-4273      1301 Bedford Dr.#103
Mail Code AZ1-1004 17th Flr                                     Melbourne, FL 32940-1989
Phoenix, AZ 85038-9550


Lida Business Solutions         MT Spaces, LLC                  Mark and Jennifer Peeples
P.O. Box 433                    997 W. Kennedy Blvd.            16343 Meredew Lane
Oceanside, NY 11572-0433        Unit A-1                        Clermont, FL 34711-6372
                                Orlando, FL 32810-6100


Mark and Jennifer Peeples       Minutemen Press                 On Deck Capital, Inc.
16343 Meredrew Lane             331 Main St.                    901 N. Stuart St. #700
Clermont, FL 34711-6372         Farmingdale, NY 11735-3508      Arlington, VA 22203-4129


Orange County Tax Coll.         Polk County Tax Coll.           Regions
200 S. Orange Ave. #1500        708 Jones Ave.                  Attn: Roy Padilla
Orlando, FL 32801-3438          Haines City, FL 33844           201 Milan Pkwy, ALBH70206A
                                                                Birmingham, AL 35211-6946


SBDC                            Seminole County Tax Coll.       Seminole County Tax Collector
6801 Lake Worth Rd. Ste 209     P.O. Box 360                    Attn:  Ray Valdes
Lake Worth, FL 33467-2966       Sanford, FL 32772-0360          Post Office Box 630
                                                                Sanford FL 32772-0630


Sun Trust                       SunTrust Bank                   SunTrust Bank
7455 Chancellor Dr.             Attn: Support Services          c/o Marcadis Singer, P.A.
Orlando, FL 32809-6213          P.O. Box 85092                  5104 South Westshore Blvd.
                                Richmond, VA 23286-0001         Tampa, FL 33611-5650


The Pamatian Group, Inc.        TimMark, Inc.                   U.S. Small Business Admin.
997 W. Kennedy Blvd.            997 W. Kennedy Blvd.            No. Fla. District Office
Unit A-1                        Unit A-1                        7825 Baymeadows Way #100B
Orlando, FL 32810-6100          Orlando, FL 32810-6100          Jacksonville, FL 32256-7549


Veritive Paper                  Wells Fargo                     Wells Fargo Bank, NA
Attn: Marcadis Singer           c/o Kelley & Fulton             c/o Trenam Kemker Scharf
5104 S. Westshore Blvd.         1665 Palm Beach Lakes Blvd.     101 E. Kennedy Blvd., #2700
Tampa, FL 33611-5650            10000                           Tampa, FL 33602-5150
                                West Palm Beach, FL 33401-2121


Xerox Capital                   United States Trustee - ORL7/13 +   Michael A Nardella +
1283 College Pk Dr.             Office of the United States Trustee Nardella & Nardella, PLLC
Dover, DE 19904-8713            George C Young Federal Building     250 East Colonial Drive, Ste 102
                                400 West Washington Street, Suite 1100   Orlando, FL 32801-1231
                                Orlando, FL 32801-2210


Richard B Webber, Trustee +     Note: Entries with a '+' at the end of the
Post Office Box 3000            name have an email address on file in CMECF
Orlando, FL 32802-3000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Cynthia C. Jackson + | End of Label Matrix |
| Orlando | Mailable recipients    58 |
| | Bypassed recipients     1 |
| | Total                  59 |