UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.: 6:16-bk-07404-CCJ
　　　　　Chapter 7
TIMOTHY YOUSEF.,

　　　Debtor.
_____/

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS AND DOCUMENTS

Please take notice that the undersigned appears for Creditor, WELLS FARGO BANK, N.A., AS SUCCESSOR IN INTEREST TO WACHOVIA BANK, N.A. Request is hereby made, pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, motions and applications served or required to be served in this case be given to and be served upon the undersigned.

Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex or otherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail or U.S. mail to the parties below this 2nd day of February, 2017.

KELLEY & FULTON, P.L.
Attorneys for Creditor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000

        West Palm Beach, Florida 33401
        Tel: (561) 491-1200
        Fax:(561) 684-3773

        By:  /s/ Craig I. Kelley_____
             Craig I. Kelley, Esquire
             Florida Bar No:  782203

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-07404-CCJ<br>Middle District of Florida<br>Orlando<br>Thu Feb  2 16:13:20 EST 2017 | Amur Equipment Finance Inc<br>308 N Locust Suite 100<br>Grand Island NE 68801-5985 | Axis Capital<br>P.O. Box 2555<br>Grand Island, NE 68802-2555 |
| Bank of America<br>Attn: Tracy Berkman<br>44 W. Flager St., 25th Flr.<br>Miami, FL 33130-1808 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Bobby Bharwani<br>388 Carlaw Avenue, Suite 200<br>Toronto, Ontario<br>M4M 2T4 | CACH, LLC<br>c/o Fresh View Solutions<br>PO Box 172285<br>Denver, CO 80217-2285 | Can Capital-CIP<br>2015 Vaughn Rd. Bldg, 500<br>Kennesaw, GA 30144-7831 |
| Can Capital-IMP<br>2015 Vaughn Rd. Bldg, 500<br>Kennesaw, GA 30144-7831 | CanCapital<br>c/o Mateer Harbert<br>Attn: Kurt E. Thalwitzer<br>PO Box 2854<br>Orlando, FL 32802-2854 | Case Paper<br>65 Livingston Avenue<br>Roseland, NJ 07068-1725 |
| Centerstate<br>P.o. Box 790408<br>St. Louis, MO 63179-0408 | Centerstate Bank Of Fl<br>1101 1st St S<br>Winter Haven, FL 33880-3900 | Chase<br>P.O. Box 9001022<br>Louisville, KY 40290-1022 |
| Dex Imaging<br>5109 West Lemon St<br>Tampa, FL 33609-1105 | Discover<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Card BUSINESS<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Elavon<br>7300 Chapman Hwy<br>Knoxville, TN 37920-6612 | FedEx<br>P.O. Box 660481<br>Dallas, TX 75266-0481 |
| Fla. Business Develop. Corp.<br>US Small Business Admin.<br>6801 Lake Worth Road, #209<br>Lake Worth, FL 33467-2966 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 |
| Frontier Airlines Mastercard<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Fujifilm North America Corp<br>c/o Hodges, Avrutis & Foelle<br>2033 Wood Street, #200<br>Sarasota, FL 34237-7927 | G.E. Richards<br>c/o Joseph & Marees<br>4035 Atlantic Blvd.<br>Jacksonville, FL 32207-2036 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | International Financial Serv<br>1113 S. Milwaukee Ave #301<br>Libertyville, IL 60048-3777 | JP Morgan Chase<br>Attn: Diana Baird<br>PO Box 29550<br>Mail Code AZ1-1004 17th Flr<br>Phoenix, AZ 85038-9550 |

| | | |
|---|---|---|
| Kennedy Commerce Center<br>301 S. New York Avenue, #201<br>Winter Park, FL 32789-4273 | Konica<br>Attn: Brian Murtha<br>1301 Bedford Dr.#103<br>Melbourne, FL 32940-1989 | Lida Business Solutions<br>P.O. Box 433<br>Oceanside, NY 11572-0433 |
| MT Spaces, LLC<br>997 W. Kennedy Blvd.<br>Unit A-1<br>Orlando, FL 32810-6100 | Mark and Jennifer Peeples<br>16343 Meredew Lane<br>Clermont, FL 34711-6372 | Mark and Jennifer Peeples<br>16343 Meredrew Lane<br>Clermont, FL 34711-6372 |
| Minutemen Press<br>331 Main St.<br>Farmingdale, NY 11735-3508 | On Deck Capital, Inc.<br>901 N. Stuart St. #700<br>Arlington, VA 22203-4129 | Orange County Tax Coll.<br>200 S. Orange Ave. #1500<br>Orlando, FL 32801-3438 |
| Polk County Tax Coll.<br>708 Jones Ave.<br>Haines City, FL 33844 | Regions<br>Attn: Roy Padilla<br>201 Milan Pkwy, ALBH70206A<br>Birmingham, AL 35211-6946 | SBDC<br>6801 Lake Worth Rd. Ste 209<br>Lake Worth, FL 33467-2966 |
| Seminole County Tax Coll.<br>P.O. Box 360<br>Sanford, FL 32772-0360 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | Sun Trust<br>7455 Chancellor Dr.<br>Orlando, FL 32809-6213 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | SunTrust Bank<br>c/o Marcadis Singer, P.A.<br>5104 South Westshore Blvd.<br>Tampa, FL 33611-5650 | The Pamatian Group, Inc.<br>997 W. Kennedy Blvd.<br>Unit A-1<br>Orlando, FL 32810-6100 |
| TimMark, Inc.<br>997 W. Kennedy Blvd.<br>Unit A-1<br>Orlando, FL 32810-6100 | U.S. Small Business Admin.<br>No. Fla. District Office<br>7825 Baymeadows Way #100B<br>Jacksonville, FL 32256-7549 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Veritive Paper<br>Attn: Marcadis Singer<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611-5650 | Wells Fargo<br>c/o Kelley & Fulton<br>1665 Palm Beach Lakes Blvd.<br>10000<br>West Palm Beach, FL 33401-2121 | Wells Fargo Bank, NA<br>c/o Trenam Kemker Scharf<br>101 E. Kennedy Blvd., #2700<br>Tampa, FL 33602-5150 |
| Xerox Capital<br>1283 College Pk Dr.<br>Dover, DE 19904-8713 | Michael A Nardella<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 | Richard B Webber, Trustee<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |
| Timothy Yousef<br>108 Long Branch Road<br>Winter Park, FL 32792-5703 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients     0<br>Total                  57 | |